FILED '07 MAR 12 11:03 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN L. NESBIT,                )
                               )
                Plaintiff,     )
                               )  Civil No. 06-1608-TC
        v.                     )
                               )  ORDER
SUE ELFVING, et al.,           )
                               )
                Defendants.    )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on February 14, 2007.  The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).  See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation.   This action is dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

DATED this ___12th___ day of ___March___, 2007.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER